UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
―――――――――――――――――――x
JOSHUA ADAMS,

        Plaintiff,           Case No. 18-cv-05201-FB-RER

-v-
BURGRITOS TWO, LLC and         **NOTICE OF VOLUNTARY**
JOSEPH CATALANO.,         **DISMISSAL WITHOUT PREJUDICE**

        Defendants.
―――――――――――――――――――x

    Pursuant to F.R.C.P 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, *without* prejudice, against all Defendants.

Dated: September 25, 2018

BARDUCCI LAW FIRM PLLC

By: /s*Maria-Costanza Barducci*
    Maria-Costanza Barducci, Esq.
    5 West 19th St., 10th Fl.
    New York, NY 10011
    Telephone: (212) 433-2554
    Facsimile:(646)930-5943
    *Attorneys for Plaintiff*


cc: Via CM/ECF